UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:25-cv-11578-AB-AJR | Date: | February 18, 2026 |
|---|---|---|---|

| Title: | *Scottsdale Insurance Company v. LA Roof Systems Corporation, et al.* |
|---|---|

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Appearing                None Appearing

**Proceedings:    [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met.   Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before [February 27, 2026],** why this action should not be dismissed for lack of prosecution.   This matter will stand submitted upon the filing of Plaintiff's response.   *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

☒      Defendants One Roofing Solution, Inc. and Alfredo Chave were served on January 12, 2026, and responses were due on February 2, 2026 (Dkts. 11 & 12).   Defendants did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).   Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.