JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>LA ROOF SYSTEMS CORPORATION ET AL.,<br>Defendants. | Case No. 2:25-cv-11578-AB-AJR<br><br>**ORDER VACATING DATES AND SETTING DISMISSAL DEADLINE IN LIGHT OF NOTICE OF SETTLEMENT** |

The Court has been advised that this action has been settled.

The Court therefore **VACATES** all dates. The parties must file by December 11, 2026, either a stipulation of dismissal or a status report and request to extend the deadline for dismissal.

**SO ORDERED.**

Dated: October 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE